**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Honorable Michael E. Romero

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-23119 MER |
| PHILLIP JOSEPH ADENT | ) | |
| SHELLEY RAE ADENT | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| STEPHEN LOSIK | ) | Adversary No. 09-1634 MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP JOSEPH ADENT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REGARDING DISCOVERY SCHEDULE PURSUANT TO**
**FED.R.BANKR.P. 7016 (FED.R.CIV.P. 16(b)) and**
**NOTICE OF TRIAL SCHEDULING CONFERENCE**

IT IS ORDERED that the provisions of Fed.R.Civ.P. 26, as amended effective December 1, 2000, shall apply to this proceeding, subject to the provisions of this Order.

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1. <u>Amended Pleadings</u>. Motions to amend or supplement pleadings or to join additional parties must be filed by **April 16, 2010.** This deadline pertains to timing only, parties must comply with Fed.R.Civ.P. 15(a).

2. <u>Expert Witnesses</u>. Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **March 31, 2010.** If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **April 30, 2010.**

3. <u>Duty to Supplement-Sanctions</u>. All disclosures and responses to discovery shall be timely supplemented pursuant to Fed.R.Civ.P. 26(e). Failure to timely disclose, or incomplete, false or misleading disclosures, may result in Fed.R.Civ.P. 37(c) sanctions.

4. <u>Discovery</u>. Factual Discovery must be completed by **May 21, 2010.** "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date. The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this adversary proceeding. Expert Discovery must be completed by **May 21, 2010.**

5.  <u>Dispositive Motions</u>.  Dispositive motions shall be filed by **June 30, 2010.**  All dispositive motions are subject to L.B.R. 7056-1.  Parties are to provide a copy to chambers of any dispositive motion or response or reply that exceeds thirty (30) pages in length (including exhibits).  The copy should be clearly marked as a "courtesy copy."

6.  <u>Status Report</u>.  On or before July 6, 2010, the parties shall **submit a written report** to the Court stating:

   a. Whether they anticipate filing any motions in limine;
   b. Whether they anticipate challenging any experts;
   c. The estimated length of trial.

PLEASE TAKE NOTICE THAT a trial scheduling conference in the within adversary proceeding is hereby scheduled for **Tuesday, July 13, 2010, at 2:30 p.m. in Courtroom D**, on a trailing docket in the United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado  80202-2508.  Parties wishing to appear by telephone shall call 720-904-7499 at the scheduled time of the hearing.  The User ID for the conference call is 1128.  If the hearing has not yet begun, you will hear hold music.  Please stay on the line until the court operator takes the roll call and the hearing begins.  **The Court will not contact parties by telephone.  If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear.**

**FAILURE TO COMPLY WITH THE PROCEDURES AS SET FORTH IN THE LOCAL BANKRUPTCY RULES AND THIS ORDER  MAY RESULT IN DENIAL OF THE RELIEF REQUESTED AND/OR SANCTIONS UPON THE PARTY AND COUNSEL FAILING TO COMPLY.**

Dated January 11, 2010                                                    BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Judge

2