**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-23119 MER |
| PHILLIP JOSEPH ADENT | ) | |
| SHELLEY RAE ADENT | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| STEPHEN LOSIK | ) | Adversary No. 09-1634 MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP JOSEPH ADENT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND NOTICE OF TRIAL**

IT IS ORDERED that the provisions of Fed.R.Civ.P. 26, as amended effective December 1, 2000, shall apply to this proceeding, subject to the provisions of this Order.

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1. _Motions in limine_.  Motions _in limine_ must be filed on or before **October 19, 2010.**  Any response to a motion _in limine_ shall be filed with the Court and served on interested parties **within fourteen (14) days** after mailing of the motion.  **Replies to responses to motions may only be filed upon leave of court.**

2. _Witnesses and Exhibits_.  The disclosures required by Fed.R.Civ.P. 26(a)(3) and (a)(4) must be made on or before **November 10, 2010.**  Exhibits must be marked for identification (Plaintiff-numbers and Defendant-letters) and exchanged at the time the disclosures are made.  **The parties are limited in the presentation of exhibits and witnesses at the trial to the exhibits which were exchanged and witnesses specifically identified**, other than for rebuttal purposes.  A list of all Witnesses and Exhibits must be filed with the Court by **November 10, 2010,** substantially in the form of Attachment A.[1]  **Do not file the actual exhibits unless otherwise directed by the Court.**  Written objections directed to the exhibits must be filed and served on opposing counsel or party on or before **November 17, 2010,** otherwise all

---

[1] NOTE:  Expert witnesses must be identified.

objections except as to relevancy are waived.  Copies of contested exhibits must be attached to the filing of objections for the Court's prior review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it. While objections to exhibits will be deemed waived unless the objector complies with this paragraph, **only those exhibits which are specifically admitted** through the course of trial proceedings will be considered by the Court and become part of the trial record.  Except in unusual circumstances, omnibus motions at the conclusion of the trial to admit voluminous records, which have not been admitted through witness testimony or otherwise during the course of the trial, will not be granted.  Objections as to relevance and foundation will be heard at trial.

       3.     <u>Pretrial Statement</u>.  On or before **November 10, 2010,** the parties, through counsel, if applicable, must confer and prepare a pretrial statement setting forth the following, which must be filed with the Court on or before **November 17, 2010**:

          a.     A brief summary of the claims and defenses of each party;

          b.     A concise statement of stipulated and uncontested facts;

          c.     A concise statement of the issues that are in dispute;

          d.     A brief statement of all points of law relied upon, citing pertinent statutes, standards, cases and other authority; and

          e.     If applicable, an itemization of damages with a description of the basis for the calculation.

**Failure to timely file the witness and exhibit lists or the pretrial statement may result in the *sua sponte* vacation of the trial.**

       4.     <u>Trial Briefs</u>.  For all trials and contested hearings set for one day or longer, it is the practice of this Court to request the parties to provide written closings, with legal authority and citations to the trial record, at a date to be determined after the close of evidence. Accordingly, the Court asks the parties to forego pre-trial briefing in lieu of the written closings. Motions requesting conventional oral closings may be tendered to the Court prior to the start of trial.

       5.     <u>Trial</u>.  The matter is set for a one day trial, commencing on **Wednesday, December 8, 2010**, at **10:00 a.m.**, in Courtroom D, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508.

       6.     <u>At the Commencement of the Trial</u>.  Each party shall provide three (3) copies of all exhibits to the Law Clerk or Courtroom Deputy.  Two (2) copies are for the Court and one (1) copy is for the witness.  The original exhibits are to be used by the witness.  Each exhibit must have been marked for identification before the trial or hearing.  (Plaintiff-numbers and

Defendant-letters).  Exhibits should be placed in a binder and indexed **in the form of Attachment B to this Order.**

Dated August 25, 2010

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge

**ATTACHMENT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Michael E. Romero

In re:                                                     )
                                                          )
_____,                       )          Bankruptcy Case No._____
        Debtor.                                  )          Chapter ___

(Double Caption if Necessary)

_____

**(Party Name)'s LIST OF WITNESSES AND EXHIBITS**

_____

_____ ("Party") , through undersigned counsel, hereby designates the following witnesses and exhibits for the trial/hearing on _____, at _____   ___. m. in Courtroom D before the Honorable Michael E. Romero.

**WITNESSES**

A.    FACT WITNESSES

        Party **will** call the following witnesses:

        1.        _____, to testify regarding:
                 _____
                 _____

        2.        _____, as an adverse witness.


        Party **may** call the following witnesses:

        1.        _____, to testify regarding _____.

        2.        _____, to testify regarding _____.

B.    EXPERT WITNESSES

Party **will** call the following witnesses:

1.    _____, to testify regarding:

    _____

    _____

2.    _____, as an adverse witness.


Party **may** call the following witnesses:

1.    _____, to testify regarding _____.

2.    _____, to testify regarding _____.

## EXHIBITS

Party intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:_____

FIRM NAME

By:_____
        John A. Attorney, #0000
        Street Address
        City, State, Zip
        Telephone Number
        Facsimile Number
        *Attorney for_____*


## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing _____**'s List of Witnesses and Exhibits** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, this _____ day of _____, _____:


_____

**ATTACHMENT B**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: _____
Chapter _____, Case Number _____ MER
(or Adversary Proceeding No._____)

EXHIBITS FOR HEARING

Submitted by:   (Name of Party)
In connection with: (date and nature of hearing or date of trial)
             Example: 12/31/00 Motion for Relief from Stay or 12/31/00 Trial

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |